IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| BRANDON MOYE SR, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 150494N |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered April 14, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 16 C(1).

Plaintiff filed his Complaint on December 3, 2015, challenging the 2007 through 2014 tax years. Plaintiff filed his first Amended Complaint on January 11, 2016, attaching his Oregon individual income tax returns for the 2007 through 2014 tax years. He stated his requested relief as: "I'm disabled, injured on the job. Unemployed looking for tax settlement." (First Am Compl at 1.) Plaintiff filed his second Amended Complaint on January 19, 2016, adding the 2006 tax year and attaching his Oregon individual income tax return for the 2006 tax year. Defendant filed its Answer on March 28, 2016, stating that "Plaintiff filed returns for all years in question. The Defendant agreed with the tax due on all years. * * * The defendant requests the case be dismissed since [it] agreed with the tax due on all returns in question, they have not been audited or adjusted 2006-2014." (Ans at 2.) Defendant attached a Statement of Account listing Plaintiff's tax balance owing for the 2006 through 2013 tax years. (*Id.* at 3-4.)

A case management conference was held in this matter on April 12, 2016. Plaintiff appeared on his own behalf and Debbie Smith (Smith), Tax Auditor, appeared on behalf of

FINAL DECISION OF DISMISSAL TC-MD 150494N 1

Defendant. Plaintiff explained that he is disabled due to a job injury and is not currently employed. He stated that he is not currently able to pay his tax debt and requests a settlement with Defendant. Smith responded by providing Plaintiff with the name and phone number of Defendant's employee in charge of its settlement offer program. Plaintiff stated that he would inquire with Defendant about its settlement offer program, and may also seek a penalty waiver.[1]

During the case management conference on April 12, 2016, the parties discussed Defendant's motion to dismiss. As Defendant noted in its Answer, Plaintiff's Complaint challenges self-assessed taxes for the 2006 through 2014 tax years. The court inquired whether Plaintiff was challenging any act or determination by Defendant. Plaintiff responded that he was only seeking a settlement with Defendant regarding his tax debt and he did not oppose dismissal of his Complaint. Accordingly, Defendant's motion to dismiss is granted. Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant's motion to dismiss is granted. Plaintiff's appeal is dismissed.

Dated this ___ day of May 2016.

ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*
*This document was filed and entered on May 4, 2016.*

---

[1] ORS 305.145 (2013) grants the Department of Revenue the authority to adjust penalty and interest. An order denying the discretionary waiver of penalty or interest by Defendant is not appealable to this court. *See* ORS 305.560(1)(a); *Pelett v. Dept. of Rev.*, 11 OTR 364, 365 (1990).